IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-HC-2274-BO

| | |
|---|---|
| ALFRED TRENKLER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| WARDEN DAVID RICH, ) | |
| ) | |
| Respondent. ) | |

On December 17, 2023, Alfred Trenkler ("Trenkler" or "petitioner"), a federal inmate proceeding through counsel, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 [D.E. 1]. On December 20, 2023, the court conducted its frivolity review and allowed the action to proceed [D.E. 4]. On February 6, 2024, respondent filed a motion to dismiss the petition [D.E. 10]. On March 12, 2024, Trenkler filed an unopposed motion to transfer the petition to his sentencing court, the District of Massachusetts, where he is now located [D.E. 13].

For the reasons stated in petitioner's unopposed motion, the court GRANTS petitioner's motion to transfer the petition [D.E. 13] and ORDERS the clerk to TRANSFER this action to the United States District Court for the District of Massachusetts. The court has not ruled on respondent's motion to dismiss [D.E. 10]. The United States District Court for the District of Massachusetts is better positioned to address those issues.

SO ORDERED, this 15 day of March, 2024.

*Terrence Boyle*
TERRENCE W. BOYLE
United States District Judge